# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO

| | |
|---|---|
| KHANTHALY PHELPS,<br><br>　　　　Plaintiff,<br><br>v.<br><br>NAVIENT SOLUTIONS, INC.<br><br>　　　　Defendant. | Case No. 2:16-cv-02798-GEB-KJN<br><br>**[PROPOSED] ORDER GRANTING REQUEST TO APPEAR TELEPHONICALLY AT HEARING ON MOTION TO DISMISS COMPLAINT**<br><br>Hearing Date:<br>Date:　　January 5, 2017<br>Time:　　10:00 a.m.<br>Crtrm.:　　25, 8th Floor<br><br>Complaint Filed:　　October 20, 2016<br>Trial Date:　　None |

　　　Having read and considered the request by defendant Navient Solutions, Inc. (**NSI**) to allow its counsel to appear telephonically at the motion to dismiss hearing set for January 5, 2017, at 10:00 a.m., the Court hereby GRANTS such request. On January 5, 2017, at 10:00 a.m., NSI's counsel shall be available at (213) 533-5912 (NSI's counsel's direct line) to receive a call from the Court.

IT IS SO ORDERED.

Dated:  December 29, 2016

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　KENDALL J. NEWMAN
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28