UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO

| | |
|---|---|
| KHANTHALY PHELPS,<br><br>    Plaintiff,<br><br>v.<br><br>NAVIENT SOLUTIONS, INC.<br><br>    Defendant. | Case No. 2:16-cv-02798-GEB-KJN<br><br>[~~PROPOSED~~] ORDER GRANTING REQUEST TO APPEAR TELEPHONICALLY AT HEARING ON MOTION TO DISMISS FIRST AMENDED COMPLAINT<br><br>Hearing Date:<br>Date:    April 13, 2017<br>Time:   10:00 a.m.<br>Crtrm.:  25, 8th Floor |

Having read and considered the request by defendant Navient Solutions, LLC f/k/a Navient Solutions, Inc. (**NSL**) to allow its counsel to appear telephonically at the motion to dismiss hearing set for April 13, 2017, at 10:00 a.m., the Court hereby GRANTS such request. On April 13, 2017, at 10:00 a.m., NSL's counsel shall be available at (213) 533-5912 (NSL's counsel's direct line) to receive a call from the Court.

IT IS SO ORDERED.

Dated: April 6, 2017

*Kendall J. Newman*
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE