## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

                                                  **JUDGMENT IN A CIVIL CASE**

**KHANTHALY PHELPS,**

                                                  CASE NO: **2:16–CV–02798–KJN**

            v.

**NAVIENT SOLUTIONS, INC.,**

_____

**XX** –– **Decision by the Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED

        **THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER FILED ON 6/26/2017**

                                                    **Marianne Matherly**
                                                    Clerk of Court

    ENTERED:  **June 26, 2017**

                                            by:  /s/  G. Michel_____
                                                            Deputy Clerk